UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIO SOARES, *individually and on behalf of all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> FCA US LLC f/k/a CHRYSLER GROUP LLC, <br><br> Defendant. | Civil Action No. 20-cv-11810-ADB |

## VERDICT FORM

### Deceptive Act or Practice

1. **Do you find that Mr. Soares has proven by a preponderance of the evidence that FCA engaged in deceptive acts or practices?**

   Yes_____          No___✓___

(If your answer to Question 1 is "Yes," go to Question 2.  If your answer to Question 1 is "No," proceed to Question 3.)

2. **Do you find that Mr. Soares has proven by a preponderance of the evidence that FCA's deceptive acts or practices harmed the Class?**

   Yes_____          No_____

**<u>Unfair Act or Practice</u>**

3.      **Do you find that Mr. Soares has proven by a preponderance of the evidence that FCA engaged in unfair acts or practices?**

        Yes __✓__          No _____

(If your answer to Question 3 is "Yes," go to Question 4.)

(If your answer to Question 3 is "No" and your answer to Question 2 is "Yes," then go to Question 5.)

(If your answer to both Questions 1 and 3 is "No," STOP HERE, sign and date the verdict slip, and return to the courtroom.)

4.      **Do you find that Mr. Soares has proven by a preponderance of the evidence that FCA's unfair acts or practices harmed the Class?**

        Yes ____          No __✓__

(If your answer to Question 2 or Question 4 is "Yes," go to Question 5.  If your answer to both Questions 2 and 4 is "No," STOP HERE, sign and date the verdict slip, and return to the courtroom.)

5.      **What amount of money will compensate all Class members, including Mr. Soares, for economic damages suffered as a result of FCA's deceptive and/or unfair acts or practices?**

        $_____

(Please sign and date the verdict slip, and return to the courtroom.)

__11/14/2023__
    Date

_Kristen J Molnar_
    Foreperson