UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA COSTA, *individually*, and MARIO SOARES, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US LLC f/k/a CHRYSLER GROUP LLC, a Delaware Corporation,<br><br>Defendant. | Case No. 1:20-cv-11810-ADB<br><br>Honorable Allison D. Burroughs |

# **FINAL JUDGMENT**

Pursuant to Federal Rules of Civil Procedure 54, 58 and 23(c)(3), and in accordance with the verdict rendered by the jury on November 14, 2023, judgment is entered in favor of the Defendant FCA US LLC and against Plaintiff Mario Soares and all members of the certified Rule 23(b)(3) class who did not request exclusion.[1]   The certified class consists of:

> All persons in Massachusetts who, as of December 6, 2022, owned or lease a Class Vehicle manufactured by FCA or any of its subsidiaries or affiliates that is equipped with an AHR system and who have not received two free replacement AHRs under FCA US's extended warranty program after September 1, 2017.

> The Class Vehicles include the following FCA vehicles that were manufactured between January 1, 2012 and September 1, 2017: 2012-2018 Dodge Journey, 2012 Jeep Liberty, 2012-2017 Jeep Patriot or Compass, 2012 Dodge Caliber, 2012-2018 Dodge Caravan, 2012-2018 Town & Country, 2012-2018 Grand Voyager, 2012-2018 Dodge Durango, 2012-2018 Jeep Grand Cherokee, 2012-2014 Sebring/Avenger, and 2012-2014 Chrysler 200.

---

[1] Emit G. Cormin requested exclusion from the certified class.

SO ORDERED.

November 22, 2024                                                    */s/ Allison D. Burroughs*
                                                                     ALLISON D. BURROUGHS
                                                                     U.S. DISTRICT JUDGE