IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA COSTA, *individually*, and MARIO SOARES, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>vs.<br><br>FCA US LLC f/k/a CHRYSLER GROUP LLC, a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 1:20-cv-11810-ADB |

## NOTICE OF CONDITIONAL CROSS-APPEAL

Pursuant to Federal Rule of Appellate Procedure 4(a)(3), Defendant FCA US LLC gives notice of its protective and conditional cross-appeal to the U.S. Court of Appeals for the First Circuit of (i) the Memorandum and Order certifying a class, *see* ECF No. 109 (Sept. 30, 2022); (ii) the Electronic Order denying FCA's motion to decertify the class, *see* ECF No. 294 (Oct. 20, 2023); and (iii) all related rulings adverse to FCA on class certification.

After a jury trial, final judgment was entered in favor of FCA and against all members of the certified class. *See* Final Judgment, ECF No. 367 (Nov. 22, 2024). Plaintiff-Appellant Mario Soares has appealed that final judgment. *See* Notice of Appeal, ECF No. 379 (Aug. 26, 2025). That appeal is pending in the First Circuit. *See Soares v. FCA US LLC*, No. 25-1824 (1st Cir.). FCA conditionally cross-appeals in an abundance of caution to avoid any potential argument that it has waived its right to challenge whether the class was properly certified. The First Circuit need not address this conditional cross-appeal and consider whether the class was properly certified if it affirms the final judgment.

Dated: September 8, 2025                    Respectfully submitted

**KLEIN THOMAS LEE & FRESARD**

By: */s/ Brandon L. Boxler*
   Fred J. Fresard (pro hac vice)
   Ian K. Edwards (pro hac vice)
   101 W. Big Beaver Rd., Suite 1400
   Troy, MI 48084
   (248) 509-9271
   fred.fresard@kleinthomaslaw.com
   ian.edwards@kleinthomaslaw.com

   Brandon L. Boxler (pro hac vice)
   1051 E. Cary St., Suite 1430
   Richmond, VA 23219
   (703) 621-2109
   brandon.boxler@kleinthomaslaw.com

   --and--

   Peter M. Durney, BBO #139260
   pdurney@csmithduggan.com
   Patricia A. Hartnett, BBO #568206
   phartnett@smithduggan.com
   SMITH DUGGAN CORNELL & GOLLUB LLP
   88 Broad Street, Sixth Floor
   Boston, MA 02110
   Tel. (617) 482-8100
   Fax: (617) 482-3917

   *Attorneys for Defendant FCA US LLC*

## **CERTIFICATE OF SERVICE**

I certify that on September 8, 2025, I caused the foregoing to be served on counsel of record by filing the document through the Court's ECF system.

*/s/ Brandon L. Boxler*
Brandon L. Boxler